**8/14/2015**                                                                 **COA No. 02-15-00157-CR**
**MCADOO, TIFFNEY LYNNE   Tr. Ct. No. 1247940R             PD-1045-15**
On this day, this Court has granted the Appellant's motion for an extension of time in which to file the Petition for Discretionary Review.  The time to file the petition has been extended to Friday, September 18, 2015.   NOTE:   Petition For Discretionary Review must be filed with The Court of Criminal Appeals.

Abel Acosta, Clerk

TIFFNEY LYNNE MCADOO
P.O. BOX 330274
FORT WORTH, TX  76163

**8/14/2015**                                                        **COA No. 02-15-00157-CR**
**MCADOO, TIFFNEY LYNNE   Tr. Ct. No. 1247940R            PD-1045-15**
On this day, this Court has granted the Appellant's motion for an extension of time in which to file the Petition for Discretionary Review. The time to file the petition has been extended to Friday, September 18, 2015.   NOTE:   Petition For Discretionary Review must be filed with The Court of Criminal Appeals.

Abel Acosta, Clerk

2ND COURT OF APPEALS  CLERK
DEBRA SPISAK
401 W. BELKNAP, STE 9000
FORT WORTH, TX  76196
* DELIVERED VIA E-MAIL *

**8/14/2015**                                                                          **COA No. 02-15-00157-CR**
**MCADOO, TIFFNEY LYNNE   Tr. Ct. No. 1247940R**                    **PD-1045-15**
On this day, this Court has granted the Appellant's motion for an extension of time in which to file the Petition for Discretionary Review. The time to file the petition has been extended to Friday, September 18, 2015. NOTE: Petition For Discretionary Review must be filed with The Court of Criminal Appeals.

Abel Acosta, Clerk

LISA MCMINN
STATE PROSECUTING ATTORNEY
P.O. BOX 13046
AUSTIN, TX  78711
* DELIVERED VIA E-MAIL *

**8/14/2015**                                                    **COA No. 02-15-00157-CR**
**MCADOO, TIFFNEY LYNNE   Tr. Ct. No. 1247940R**          **PD-1045-15**
On this day, this Court has granted the Appellant's motion for an extension of time in which to file the Petition for Discretionary Review. The time to file the petition has been extended to Friday, September 18, 2015. NOTE: Petition For Discretionary Review must be filed with The Court of Criminal Appeals.

Abel Acosta, Clerk

DISTRICT ATTORNEY  TARRANT COUNTY
SHAREN WILSON
401 WEST BELKNAP
FORT WORTH, TX  76196
* DELIVERED VIA E-MAIL *